

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | |
| v. | CR 13-0014-JAK |
| JOSE MEDINA | **ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>_____, IT IS ORDERED that a detention hearing
is set for <u>November 3, 2014</u>_____, _____, at <u>10:00</u>_____ ☒a.m. / ☐p.m. before  the
Honorable <u>Jean P. Rosenbluth</u>_____, in Courtroom <u>827-A</u>_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___<u>10/27/14</u>___          ___*[signature]*___
                              U.S. ~~District Judge~~/Magistrate Judge

---