FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Jose Medina, Jr.<br><br>　　　　　Defendant. | Case No.: CR 13-0014-JAK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on recent substance abuse, probation violation

1 | _numerous failures to appear for drug testing,_
2 | _apparent violent conduct while on release,_
3 | _use of numerous aliases + dates of birth, lost job,_ _no employment_
4 | and/or

5 B.  ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9       on: _____
10      _____
11      _____
12      _____

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: _11/3/14_                        _____
                                              JEAN ROSENBLUTH
18                                            U.S. MAGISTRATE JUDGE